# APPENDIX A

*City of Hollywood Firefighters' Pension Fund v. Atlassian Corporation, et al.,*
Case No. 3:23-cv-00519-WHO

**ALLEGED MISSTATEMENTS IN PLAINTIFFS' AMENDED COMPLAINT**

|   | Date | Source | Speaker | Statement[1] | AC |
|---|---|---|---|---|---|
| 1. | August 4, 2022 | Fourth Quarter and Fiscal Year 2022 Earnings Call | Cameron Deatsch | "***The good news as of to date is we have yet to see any specific trend geographically or even in industry segments or in customer size that gives us pause or worry to date. So, something we continue to watch like a hawk, but there is no new news to share today.***" | ¶ 89 |
| 2. | August 4, 2022 | Fourth Quarter and Fiscal Year 2022 Earnings Call | Cameron Deatsch | "***[W]e have not seen any significant shift in customer demand across our product lines***. . . . Jira Software, Confluence, Trello, you name it, continue to see strong demand across the board as we continue to see people embracing digital transformation and needing tools to help," and "***we continue to see demand for collaboration products that continue to be strong***." | ¶ 89 |
| 3. | August 4, 2022 | Fourth Quarter and Fiscal Year 2022 Earnings Call | Cameron Deatsch | "[T]he decrease in conversions from free customers to paid customers was a mere '***slight thing***' that '***does not take away from the continued growth we see in our existing customer base that also drives more than 90% of our revenue in the existing year***.'" | ¶ 92 |

---

[1] This chart identifies only those statements, or portions of statements, that Plaintiffs appear to specifically allege were false or misleading.  All ellipses are from Plaintiffs' allegations in the Amended Complaint.

|   | Date | Source | Speaker | Statement[1] | AC |
|---|---|---|---|---|---|
| 4. | August 4, 2022 | Fourth Quarter and Fiscal Year 2022 Earnings Call | Cameron Deatsch | "[E]xisting customers continue to have demand for what our products do to help their teams work more productively in the future," and Atlassian would "continue to be vigilant." | ¶ 92 |
| 5. | August 19, 2022 | Annual Report on Form 20-F for Fiscal Year ended June 30, 2022 | Atlassian Corporation PLC; Michael Cannon-Brookes; Scott Farquhar[2] | "[O]ther than as disclosed elsewhere in this Annual Report, *we are not aware of any trends, uncertainties, demands, commitments or events for the current fiscal year that are reasonably likely to have a material effect on our revenues, income, profitability, liquidity or capital reserves, or that caused the disclosed financial information to be not necessarily indicative of future results of operations or financial conditions*." | ¶ 94 |
| 6. | September 14, 2022 | Remarks at Goldman Sachs Communacopia + Technology Conference | Anu Bharadwaj | Bharadwaj touted the various "attributes" that gave Atlassian "*a few advantages in the overall macroeconomic climate*" including providing "mission-critical" software at a price point that was "highly, highly competitive." | ¶ 96 |
| 7. | September 14, 2022 | Remarks at Goldman Sachs Communacopia + Technology Conference | Anu Bharadwaj | "Just in the last shareholder letter, we talked about conversion of users from free to paid. We are seeing a *bit of softness* over the past couple of months. But it's important to illustrate that point in the overall picture as over 90% of our revenue comes from existing customers. So *the conversion from free to paid is really a very small part of our business*. And also, the number of free users that are coming in that create new free instances continues to grow steadily. *We're not seeing any trends there. So across the board, across existing and new, that's overall what we are seeing in different parts of the business*." | ¶ 97 |

---

[2] Messrs. Cannon-Brookes and Farquhar signed the Company's Annual Report on Form 20-F.

| | Date | Source | Speaker | Statement[1] | AC |
|---|---|---|---|---|---|
| 8. | September 14, 2022 | Remarks at Goldman Sachs Communacopia + Technology Conference | Anu Bharadwaj | "So to address you're question, the way our pricing model works is the first 10 users are free, and then the 11th user onwards, it's paid. . . So we think of upsell as really across ***free to standard***, standard to premium, premium to enterprise. And we've seen some very encouraging progress there over the last four quarters. ***And I haven't really seen any discernible trend there in terms of the macroeconomic impact***. And user expansion . . . That's an area that we continue to monitor. That's not an area where we try to do a lot of product interventions. But that's going to be an important one to look at in the current climate." | ¶ 98 |
| 9. | October 4, 2022 | Post-Effective Amendment to Form S-8 Registration Statement | Atlassian Corporation; Michael Cannon-Brookes; Scott Farquhar[3] | The Form S-8 incorporates Atlassian's Annual Report by reference, including Statement 7. | ¶ 100 |

---

[3] Messrs. Cannon-Brookes and Farquhar signed the Company's Post-Effective Amendment to Form S-8 Registration Statement.