UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF HOLLYWOOD FIREFIGHTERS PENSION FUND, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ATLASSIAN CORPORATION, et al.,<br><br>    Defendants. | Case No.  23-cv-00519-WHO<br><br>**ORDER DISMISSING CASE**<br><br>Re: Dkt. No. 70 |

Plaintiffs filed a Notice of Intent Not to Amend Complaint.  Dkt. No. 70.  Therefore, this case is DISMISSED with prejudice for the reasons identified in my August 13, 2024 Order.   The Clerk's Office shall enter judgment and close this case.

**IT IS SO ORDERED.**

Dated: September 3, 2024



William H. Orrick
United States District Judge