United States District Court
Northern District of California

1

2

3

4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

7  CITY OF HOLLYWOOD FIREFIGHTERS
   PENSION FUND, et al.,

Case No. 23-cv-00519-WHO

8              Plaintiffs,

9        v.

**JUDGMENT IN A CIVIL CASE**

Re: Dkt. No. 71

10  ATLASSIAN CORPORATION, et al.,

11              Defendants.

12

13      Pursuant to Order Dismissing Case, Judgment is accordingly entered.

14  Dated:  September 3, 2024                 Mark B. Busby, Clerk

15

16                                            By  Jean M. Davis, Deputy Clerk

17

18

19

20

21

22

23

24

25

26

27

28